PROB 12A
(REVISED 5/2011)

# United States District Court
## for
## Middle District of Tennessee

### Report on Offender Under Supervision

Name of Offender: <u>Gabriel Adam Williams</u>   Case Number: <u>3:10-00101</u>

Name of Judicial Officer: <u>The Honorable Aleta A. Trauger, U.S. District Judge</u>

Date of Original Sentence: <u>September 17, 2010</u>

Original Offense: <u>18 U.S.C. § 471 Manufacture of Counterfeit Federal Reserve Notes</u>

Original Sentence: <u>12 months' and one day custody; 2 years' supervised release</u>

Type of Supervision: <u>Supervised Release</u>   Date Supervision Commenced: <u>August 31, 2011</u>

Assistant U.S. Attorney: <u>Sandra Moses</u>   Defense Attorney: <u>Ronald Small</u>

---

**THE COURT ORDERS:**

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 4th day of Oct., 2012,
and made a part of the records in the above case.

_____
Aleta A. Trauger
U. S. District Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
Joshua Smith
U. S. Probation Officer

Place   Nashville, Tennessee

Date   September 24, 2012

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

1.  **The defendant shall refrain from unlawful use of a controlled substance.**

    Mr. Williams was given a random drug test on August 14, 2012, that was presumptively positive for Marijuana. He admitted that a friend had been visiting from out of town and the friend was regularly using Marijuana. Mr. Williams admitted to taking a "one hitter" on August 9, 2012. Although Mr. Williams admitted to using marijuana, the lab did not confirm the positive results.

**Compliance with Supervision Conditions and Prior Interventions:**

Mr. Williams began supervision on August 31, 2011. He is currently enrolled at Tennessee State University in pursuit of a bachelor's degree. He began outpatient treatment at Centerstone for substance abuse in September 2011, and was discharged in May 2012, after successful completion of the program. He has remained unemployed during supervision and is reportedly in pursuit of employment at this time. Despite his unemployment, Mr. Williams has made consistent payments towards his remaining restitution.

A report was submitted to the Court on June 5, 2012, to inform that Mr. Williams admitted taking Subutex, which had been prescribed to his sister. His substance abuse testing was increased following the incident.

On August 14, 2012, following a presumptively positive drug test, Mr. Williams admitted to using Marijuana recently. On September 4, 2012, he admitted to recently using kratom, a synthetic substance that is likely to soon be illegal. He has been referred back to treatment for substance abuse due to the recent drug use. He has been advised that further violations could result in sanctions by the Court.

**U.S. Probation Officer Recommendation:**

It is respectfully recommended that no action be taken by the Court at this time and Mr. Williams be allowed to continue on supervised release.

The U. S. Attorney's Office had been notified and concurs with this recommendation.

Approved: _____
Britton Shelton
Supervisory U.S. Probation Officer